UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

FILED

APR 28 2026

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | 1:26-cr-__38__ |
| v. | ) | |
| | ) | Judge: Collier/Dumitru |
| | ) | |
| ANDRE JAMASON COLLIER | ) | |

## INDICTMENT

The Grand Jury charges that on or about January 13, 2026, in the Eastern District of Tennessee, the Defendant, ANDRE JAMASON COLLIER, knowing he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate commerce, a firearm and ammunition; in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The allegation contained in this Indictment is hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(1), as set forth in this Indictment, the Defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to the following:

- Firearms Import and Export Company E22, .22 caliber pistol, and
- Ammunition

If any of the property described above, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON OF THE GRAND JURY

FRANCIS M. HAMILTON III
United States Attorney

By: _____
Franklin P. Clark
Assistant U.S. Attorney

2